UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AIMEE L. O'NEIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Andrew Poland, Alternative Defense Counsel,<br><br>　　　　Defendant. | Case No.: 2:20-cv-00648-JAD-EJY<br><br>**ORDER** |

Presently before the Court is Plaintiff's Complaint for Violation of Civil Rights (ECF No. 1-1), which is 50 pages in length. Plaintiff also attaches to her initial document an order granting her *in forma pauperis* status. ECF No. 1-4. Plaintiff has also filed a Motion for Default Judgment. ECF No. 3.

However, Plaintiff has not submitted an application to proceed *in forma pauperis*, which she must do pursuant to 28 U.S.C. § 1915(a)(1) and U.S. District Court for the District of Nevada Local Rule LSR 1-1. Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Because Plaintiff has not submitted an *in forma pauperis* application her request to proceed is denied without prejudice. In the alternative, Plaintiff may pay the filing fee of $400 discussed below.

The Court will retain Plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of Plaintiff's *in forma pauperis* application or payment of the filing fee is resolved. Plaintiff is granted one opportunity to file a complete *in forma pauperis* application or in the alternative, pay the full filing fee for this action.

**I.　CONCLUSION**

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's documents docketed at ECF Nos. 1 through 3 are DENIED without prejudice.

1

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this Order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: April 23, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE