**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Aimee O'Neil, | Case No. 2:20-cv-00648-JAD-EJY |
| Plaintiff<br>v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Andrew Poland, | |
| Defendant | [ECF Nos. 12, 13] |

Plaintiff Aimee O'Neil brings this civil-rights action against the Colorado Office of Alternate Defense Counsel and Andrew Poland, the public defender who represented her in a Colorado State Court prosecution. On June 29, 2020, the magistrate judge entered a report and recommendation to dismiss this case, primarily because this court lacks personal jurisdiction over these Colorado-based defendants with no apparent connection to Nevada.[1] The magistrate judge also recommends that I deny O'Neil's pending motion for entry of default against the defendants because the record does not reflect that they were properly served with process.[2] The deadline for objections to that report and recommendation passed a week ago, and O'Neil submitted no objection or request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

With good cause appearing, IT IS HEREBY ORDERED that the Report and Recommendation **[ECF No. 13] is ADOPTED in full**;

---

[1] ECF No. 13.

[2] *Id*. at 5–6.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that Plaintiff's Motion for Entry of Default **[ECF No. 12] is DENIED**;

IT IS FURTHER ORDERED that **this action is DISMISSED** for lack of personal jurisdiction.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: July 21, 2020

_____
U.S. District Judge Jennifer A. Dorsey

2