UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Aimee O'Neil, | Case No.: 2:20-cv-00648-JAD-EJY |
|---|---|
| Plaintiff | Ninth Circuit Case *No. 20-16544* |
| v. | |
| Andrew Poland, et al., | **Order revoking** *in forma pauperis* **status** |
| Defendants | |

The United States Court of Appeals for the Ninth Circuit referred this matter back to this court for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal.[1] The decision to continue such status turns on whether any claim is frivolous, for "[i]f at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole."[2]

In this civil-rights case, plaintiff Aimee O'Neil sued the Colorado Office of Alternate Defense Counsel and Andrew Poland, the public defender who represented her in a Colorado State Court prosecution. The magistrate judge entered a report and recommendation to dismiss this case, primarily because this court lacks personal jurisdiction over these Colorado-based defendants with no apparent connection to Nevada.[3] The magistrate judge also recommended that I deny O'Neil's pending motion for entry of default against the defendants because the record does not reflect that they were properly served with process.[4] The deadline for objections

---

[1] ECF No. 19.

[2] *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

[3] ECF No. 13.

[4] *Id*. at 5–6.

to that report and recommendation passed without objection or request to extend the deadline to file one, and "no review is required of a magistrate judge's report and recommendation unless objections are filed."[5]  So I adopted that unchallenged report and recommendation, denied the motion for default judgment, and dismissed this action for lack of jurisdiction.[6]  **Because the appeal from that decision is frivolous and not taken in good faith, IT IS HEREBY ORDERED THAT the district court revokes *in forma pauperis* status.**

The Clerk of Court is directed to **SEND a copy of this order to the Clerk of the United States Court of Appeals for Case No. 20-16544.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　Dated: August 18, 2020

---

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[6] ECF No. 14.